**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JOSE ADONAY MORALES HERCULES,**

      Petitioner,

v.                                Civil Action No. **3:26CV682 (RCY)**

**WILLIAM P. JOYCE,**

      Respondent.

**MEMORANDUM OPINION**

The Court has received a 28 U.S.C. § 2241 petition filed by or on behalf of Jose Adonay Morales Hercules, an immigration detainee. The envelope has a return address of Hollywood, Florida (ECF No. 1-14); however, Petitioner is detained in the Farmville Detention Center. Petitioner's typed name is used on the § 2241 petition and other documents accompanying the petition, and he has not signed the § 2241 petition.

Rule 2 of the Rules Governing Section 2254 Cases[1] requires that petitions pursuant to 28 U.S.C. § 2254—and, by extension, § 2241—"be signed under penalty of perjury by the petitioner or by a person authorized to sign for the petitioner under 28 U.S.C. § 2241." Rules Governing § 2254 Cases in the U.S. District Courts, Rule 2(c)(5). Petitioner must sign his submissions to this Court under penalty of perjury.

Accordingly, the § 2241 Petition (ECF No. 1) will be DENIED WITHOUT PREJUDICE and the action will be DISMISSED.

---

[1] Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

Nevertheless, in order to expedite any further § 2241 petition filed by Petitioner himself, the Clerk is DIRECTED to mail a copy of this Memorandum Opinion and a standardized form for filing a § 2241 petition to Petitioner at the Farmville Detention Center.[2]  If Petitioner wishes to pursue a § 2241 petition, he should complete and return the form to the Court.  Petitioner must sign the form himself.  Any § 2241 petition will be opened as a new civil action.

An appropriate Final Order shall issue.

_____/s/_____

Roderick C. Young
United States District Judge

Date: July 21, 2026
Richmond, Virginia

---

[2] The Clerk should mail this Memorandum Order and a standardized § 2241 petition form to Petitioner at the Farmville Detention Center with the "A" number, "209-295-235."  *See* ECF No. 1, at 1.